Allan D. Newdelman, Attorney at Law, Phoenix, AZ, Roberta J. Sunkin, Brown & Sunkin, P.C., Chandler, AZ, for Debtors/Appellants.

Denise Ann Faulk, Robert I. Hall, April Theis, Arizona Attorney General's Office, Phoenix, AZ, for Appellee.

Before: STEPHEN REINHARDT and SIDNEY R. THOMAS, Circuit Judges, and JANE A. RESTANI,* Judge.

### ORDER

This case is hereby resubmitted. Pursuant to the judgment of the United States Supreme Court issued on March 20, 2007 in *Travelers Casualty & Surety Co. of America v. Pacific Gas & Electric Co.*, —— U.S. ——, 127 S.Ct. 1199, 167 L.Ed.2d 178 (2007), we vacate our opinion at 434 F.3d 1188 (9th Cir.2006), vacate the district court's decision as well as the bankruptcy court's decision, and remand to the district court with instructions to remand to the bankruptcy court for further proceedings consistent with the opinion of the Supreme Court. We express no opinion on any other issue presented by the parties, leaving those questions for consideration of the bankruptcy court in the first instance.

Juan Elias ESTRADA–ESPINOZA,
Petitioner,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 05–75850.

United States Court of Appeals,
Ninth Circuit.

May 6, 2008.

Saad Ahmad, Law Offices of Minter & Ahmad, Fremont, CA, for Petitioner.

District Director, Office of the District Chief Counsel U.S. Department of Homeland Security, Phoenix, AZ, Alison R. Drucker, Donald E. Keener, Ernesto H. Molina, Jr., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of

---

* The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

Homeland Security, San Francisco, CA, for Respondent.

Agency No. A76–339–422.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.